UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ROBERT CARL GARDNER,

       Plaintiff,       Case No. 1:25-cv-529

v.                             Honorable Phillip J. Green

L. PANTS, et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  August 18, 2025               /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge